McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADIB MYKHAIL DAKHIEL, et al., | ) | 1:06-cv-00122 OWW SMS |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION RE:** |
| Michael Chertoff, et al. | ) | **RESPONDENTS' ANSWER AND** |
| | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

     This is an immigration case in which plaintiffs have filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate their naturalization applications and to seek de novo review of those applications. The delay in the agency adjudication of the applications is in the Federal Bureau of Investigations' (FBI) processing of the background name checks. Upon learning of this lawsuit, CIS requested expedited processing of those name checks from the FBI; the name checks are expected to be completed within 60 days. Once the name checks are completed, it is anticipated that this matter may be resolved at the agency level.

     Accordingly, the government respectfully requests an extension of time of 60 days in which

to file its answer to the complaint.

The parties therefore stipulate that the time for filing the government's answer be extended to June 6, 2006, and that all other proceedings in this matter be suspended until that time.

Dated: April 4, 2006                    Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney


By:    /s/Audrey Hemesath
       Audrey B. Hemesath
       Assistant U.S. Attorney
       Attorneys for the Respondents


By:    /s/ James Makasian
       James M. Makasian
       Attorney for the Petitioners


ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the respondent's Answer is due on June 2, 2006, and that all other proceedings in this matter are suspended until that time.

IT IS SO ORDERED.

**Dated:   April 5, 2006**                    /s/ Sandra M. Snyder
icido3                                        UNITED STATES MAGISTRATE JUDGE