JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER DOSAJH; ADIB MYKHAIL DAKHIEL<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>     Defendants. | CIVIL No. 06-CV-0122 OWW SMS<br><br>NOTICE OF DISMISSAL OF PLAINTIFF, ADIB MYKHAIL DAKHIEL<br><br>Rule 41(a)(1)<br><br>CIS No.: A 90549986<br>    A  76219200 |

PLEASE TAKE NOTICE:

That on March 6, 2006, plaintiff, Adib Mykhail Dakhiel was naturalized in an oath ceremony, ending the application process.  Accordingly, plaintiff Adib Mykhail Dakhiel, is hereby dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.


Dated: June 2, 2006      /s/ JAMES M. MAKASIAN
             JAMES M. MAKASIAN
             Attorney for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

1

2        It is so ordered.

3

4  Dated: __June 7, 2006_____          _/s/ OLIVER W. WANGER_____
                                         UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com