UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER DOSAJH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Defendants. | 1:06-cv-0122 OWW SMS<br><br>SCHEDULING CONFERENCE ORDER<br><br>Trial Date:  8/29/06 1:00<br>Ctrm. 3 (CT-2 hours) |

I.   Date of Scheduling Conference.

June 28, 2006.

II.  Appearances Of Counsel.

James M. Makasian, Esq., appeared on behalf of Plaintiff.

Audrey Hemesath, Esq., Assistant U.S. Attorney, appeared on behalf of Defendants.

III. Readiness of Case for Trial.

1.   The parties have agreed that in this immigration case in which Plaintiff has challenged the power of Homeland Security, U.S. Citizenship and Immigration Services' failure to timely adjudicate his naturalization application and to seek *de novo* review of the application, the parties agree that the case is trial ready and further agree that a two hour trial before the

1

Court without a jury should now be scheduled.  The following schedule for this case is adopted:

      a.   Trial is scheduled for August 29, 2006, at the hour of 1:00 p.m.  The parties estimate two hours for trial.

IT IS SO ORDERED.

**Dated:   June 28, 2006**             **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE