JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER DOSAJH<br><br>                   Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>                   Defendants. | CIVIL No. 1:06-cv-0122 OWW SMS<br><br>NOTICE OF DISMISSAL OF PLAINTIFF, NARINDER DOSAJH<br><br>Rule 41(a)(1)<br><br>CIS No.: A 90549986 |

PLEASE TAKE NOTICE:

That PLAINTIFF, Narinder Dosajh has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony.  Accordingly, plaintiff Narinder Dosajh, is hereby dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

1

PDF created with pdfFactory trial version www.pdffactory.com

Dated: August 8, 2006 \_\_\_\_\_/s/ JAMES M. MAKASIAN_____
JAMES M. MAKASIAN
Attorney for Plaintiffs

It is so ordered.

Dated: \_\_8/11/2006_____ \_/s/ OLIVER W. WANGER_____
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com